O

# United States District Court
# Central District of California

| | |
|---|---|
| DEL RECORDS, INC., a California corporation; and DEL ENTERTAINMENT, INC., a California corporation,<br><br>      Plaintiffs,<br><br>      v.<br><br>JG MUSIC f/s/o JOSE ARIEL CAMACHO BARRAZA, CESAR IVAN SANCHEZ LUNA and OMAR SAMUEL BURGOS GERARDO p/k/a ARIEL CAMACHO Y LOS PLEBES DEL RANCHO, a foreign corporation; JOSE MANUEL CASTRO LOPEZ, an individual; and Does 1-10, inclusive,<br><br>      Defendants. | Case No. 2:16-CV-03666-ODW(KS)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |

On May 25, 2016, Plaintiffs filed a complaint alleging that Defendants were in breach of recording and talent management contracts. (Compl. 11-17, ECF No. 1.) However, Defendants never filed an answer. Plaintiff has taken no further action to prosecute this case and has failed to effect service of process within the Rule 4(m) period.

Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, no later than October 26, 2016, why the Court should not dismiss this action without prejudice for lack of prosecution. No hearing will be held. Failure to file a timely written response to this Order will result in the dismissal of the action without prejudice without further warning from the Court.

**IT IS SO ORDERED.**

October 12, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**